

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00108-CV

**IN THE MATTER OF B.B.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2016JUV01469
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

The Appellee's Motion to Extend Time to File Brief is hereby GRANTED. Appellee's Brief is due October 19, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court